UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**ALBERT RUSSO**
**CN 4853**
**Trenton, New Jersey 08650-4853**
**(609) 587-6888**

**Standing Chapter 13 Trustee**

In Re:

    **Victor J Caola**

                        Debtor(s).

Case No.: 08-28385 MBK

Hearing: 4/15/09 @ 9:30 a.m.

Judge: **Michael B. Kaplan**

Order Filed on 4/24/2009 by Clerk U.S. Bankruptcy Court District of New Jersey

# INTERIM ORDER REGARDING CONFIRMATION

      The relief set forth on the following pages, numbered two (2), is hereby ORDERED.

**DATED: 4/24/2009**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This Chapter 13 proceeding having come before the Court for Confirmation on 4/15/09 and, in consideration to the Trustee's objection and recommendation, the objection by other parties in interest, and/or request for adjournment of the Confirmation hearing; and, this Order being submitted pursuant to D.N.J. LBR 9072-1(d), (5 Day Rule); and, no objection being received thereon; and, for good cause shown;

IT IS ORDERED that the Confirmation be adjourned to  5/26/09  at  9:30 a.m.;

IT IS FURTHER ORDERED that debtor(s) shall provide the following items to the Trustee, no later than 10 days prior to the date of the adjourned Confirmation hearing:

- Submission of tax returns for the years: 2008 Federal 1040.

- Resolution of objection of Indy Mac and of the Chapter 13 Trustee by Order or otherwise.

- Other: Copy of HUD-1, Copy of Deed, and Proof of Disposition of proceeds resulting from the transfer of property.

On the rescheduled Confirmation Hearing date the case shall be confirmed, or the Parties shall show cause why Confirmation shall be denied or the case be dismissed or converted. Appearance by Counsel for the debtor and all objecting parties shall be required.

*Approved by Judge Michael Kaplan April  24, 2009*